IN THE UNITED STATES DISTRICT
COURT NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| F & V CORPORATION, d/b/a<br>BULLETPOINT MOUNTING SOLUTIONS | * * * * | |
| Plaintiff, | * * | Case No. 3:22-cv-00607 |
| v. | * * | Judge Jack Zouhary |
| 67 DESIGNS, LLC and WILD WEST<br>INVESTMENTS, LLC | * * * | |
| Defendants. | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE OF FILING EXHIBITS ADMITTED AT AUGUST 18-19, 2022 HEARING ON THE MOTIONS FOR PRELIMINARY INJUNCTIVE RELIEF

Defendants/Appellants give notice that they are filing Exhibits 1-38 listed on the Joint Exhibit List (Doc. #47) and Exhibit 39, all of which were admitted at the August 18-19, 2022 Hearing on the Motions for Preliminary Injunctive Relief. The Exhibits are being filed without sealing or redaction pursuant to Paragraph 7 of the Stipulated Protective Order (Doc. #41), as all Exhibits were received into evidence at the public hearing held on August 18-19, 2022.

Exhibits 1-10 and 12-38 are being submitted with this Notice. As Exhibits 11 and 39 contain symbols or other features which appear not to be accepted by the Court's electronic filing system, Defendants/Appellants will submit those two Exhibits to the Court manually, and follow up with an additional Notice in that regard.

Respectfully Submitted,

/s/Jennifer A. McHugh
Gerald R. Kowalski (0022323)
gkowalski@snlaw.com
Jennifer A. McHugh (0084842)
jmchugh@snlaw.com
Spengler Nathanson, P.L.
900 Adams Street
Toledo, OH 43604
(419) 241-2201 – Phone
(419) 241-8599 – Fax

James E. Sherry (*pro hac vice*)
jsherry@mccathernlaw.com
McCathern Shokouhi Evans & Grinke, PLLC
3710 Rawlins St., Suite 1600
Dallas, TX 75219
(214) 741-2662 – Phone
(214) 741-4717 – Fax

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed electronically this 29th day of September, 2022. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/ Jennifer A. McHugh
Jennifer A. McHugh
*Attorneys for Defendants*

602106