IN THE UNITED STATES DISTRICT
COURT NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| F & V CORPORATION, d/b/a<br>BULLETPOINT MOUNTING SOLUTIONS | *<br>*<br>*<br>* | |
| Plaintiff, | * | Case No. 3:22-cv-00607 |
| | * | |
| v. | * | Judge Jack Zouhary |
| | * | |
| 67 DESIGNS, LLC and WILD WEST<br>INVESTMENTS, LLC | *<br>*<br>* | |
| Defendants. | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### NOTICE OF FILING EXHIBIT 11 and EXHIBIT 39
### ADMITTED AT AUGUST 18-19, 2022 HEARING ON THE MOTIONS FOR
### PRELIMINARY INJUNCTIVE RELIEF

Defendants/Appellants give notice that they are filing Exhibit 11, listed on the Joint Exhibit List (Doc. #47), and Exhibit 39, both of which were admitted at the August 18-19, 2022 Hearing on the Motions for Preliminary Injunctive Relief. The Exhibits are being filed without sealing or redaction pursuant to Paragraph 7 of the Stipulated Protective Order (Doc. #41), as all Exhibits were received into evidence at the public hearing held on August 18-19, 2022.

These Exhibits 11 and 39 appear to contain symbols or other features which were not accepted by the Court's electronic filing system when attempting to file previously, but the Court

has requested that Defendants/Appellants attempt to file electronically again, and Defendants/Appellants do so with this Notice.

Respectfully Submitted,

*/s/Jennifer A. McHugh*
Gerald R. Kowalski (0022323)
gkowalski@snlaw.com
Jennifer A. McHugh (0084842)
jmchugh@snlaw.com
Spengler Nathanson, P.L.
900 Adams Street
Toledo, OH 43604
(419) 241-2201 – Phone
(419) 241-8599 – Fax

James E. Sherry (*pro hac vice*)
jsherry@mccathernlaw.com
McCathern Shokouhi Evans & Grinke, PLLC
3710 Rawlins St., Suite 1600
Dallas, TX 75219
(214) 741-2662 – Phone
(214) 741-4717 – Fax

*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was filed electronically this 30th day of September, 2022. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

*/s/ Jennifer A. McHugh*
Jennifer A. McHugh
*Attorneys for Defendants*

602248